UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN GUZMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>D. JONES, et al.,<br><br>    Defendants. | No. 2:20-cv-1936 KJM AC P<br><br><br>ORDER |

   Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has requested that his deadline for responding to defendants' requests for production be extended thirty days, to June 5, 2022.  ECF No. 32.  Good cause appearing, the request will be granted.  To allow defendants sufficient time to receive and review the responses, the deadline for filing motions to compel shall also be extended.

   Accordingly, IT IS HEREBY ORDERED that:

   1. Plaintiff's motion for an extension of time (ECF No. 32) is GRANTED.

   2. Plaintiff shall have until June 5, 2022, to respond to defendants' requests for production.

   3. Defendants shall have until July 11, 2022, to file any motions to compel.

DATED: May 11, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE