IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTIAN GUZMAN,** | Case No. 2:20-cv-1936 KJM AC P |
| Plaintiff, | [Proposed] Order Granting Defendants' *ex parte* Application For Order Continuing All Deadlines |
| v. | |
| **D. JONES, et al.,** | |
| Defendants. | |

This matter, having come before the Court on an *ex parte* basis, and it appearing that the request should be granted for good cause shown, it is hereby ordered, adjudged and decreed that the deadlines in the Amended Scheduling Order be continued as follows:

   Fact discovery cut-off:            September 30, 2022.

   Last day to file Dispositive Motions: January 13, 2023

It is so ordered.

DATED: June 13, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE