IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTIAN GUZMAN,**<br><br>Plaintiff,<br><br>v.<br><br>**D. JONES, et al.,**<br><br>Defendants. | Case No. 2:20-cv-1936 DAD AC P<br><br>[PROPOSED] **ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR ORDER CONTINUING ALL DEADLINES** |

This matter having come before the Court on an *ex parte* basis, and it appearing that the request should be granted for good cause shown, it is hereby ORDERED that defendants' motion to modify the scheduling order (ECF No. 41) is GRANTED and the deadlines in the Amended Scheduling Order are continued as follows:

Discovery Cutoff:  December 30, 2022.

Last day to file Dispositive Motions:  March 13, 2023.

**IT IS SO ORDERED.**

DATED: September 29, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE