UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN GUZMAN, | No. 2:20-cv-1936 DAD AC P |
| Plaintiff, | |
| v. | ORDER |
| D. JONES, et al., | |
| Defendants. | |

  Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On March 10, 2023, defendants filed a motion for summary judgment. ECF No. 43. After plaintiff failed to oppose the motion, he was given an additional twenty-one days to do so (ECF No. 46) and that time has now expired. However, defendants have filed a reply in support of their motion for summary judgment in which they state that counsel was recently informed that plaintiff has been hospitalized since March 27, 2023, and that they do not object to providing him with additional time to respond to the motion. ECF No. 47 at 2.

  In light of defendants' representation, briefing on the motion for summary judgment will be temporarily stayed and defendants counsel will be required to inquire into and provide the court with additional information regarding plaintiff's hospitalization. The court presumes, and counsel shall confirm, that plaintiff being hospitalized means that he is currently in custody at an outside hospital and not at the prison. Counsel shall also inquire into and report whether plaintiff

1

is currently incapacitated[1] and whether there is an estimated timeline for his return to the prison. Finally, counsel shall inquire into and notify the court as to what access, if any, plaintiff currently has to his legal materials.

Accordingly, IT IS HEREBY ORDERED that:

1. Briefing on defendants' motion for summary judgment is STAYED; and
2. Within fourteen days of the service of this order, defendants' counsel shall provide a status report to the court regarding plaintiff's condition as set forth above.

DATED: May 24, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] It is not necessary for defendants to provide information regarding plaintiff's specific medical condition. Such confidential information should not be provided in publicly filed documents.