UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN GUZMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. JONES, et al.,<br><br>　　　　Defendants. | No.  2:20-cv-1936 DAD AC P<br><br><br>ORDER |

　　　　By order filed May 25, 2023, defendants' counsel was ordered to inquire into and notify the court as to whether plaintiff was incapacitated, whether there was an estimated timeline for his return to the prison, and whether he had access to his legal materials.  ECF No. 48.  Counsel has now provided a status report confirming that plaintiff has been hospitalized at a community hospital outside the prison since the beginning of May and as of June 1, 2023, is expected to remain for more that three days.  ECF No. 49.  He is currently incapacitated and without access to his legal materials.  Id.

　　　　Accordingly, IT IS HEREBY ORDERED that in thirty days, defendants' counsel shall provide the court with another status report regarding plaintiff's condition if plaintiff has not already updated the court himself.  If plaintiff remains incapacitated at that time, counsel shall file

////

////

1

additional information regarding plaintiff's specific condition under seal so that the court may determine appropriate next steps.

DATED: June 6, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE