UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN GUZMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. JONES, et al.,<br><br>　　　　Defendants. | No.  2:20-cv-01936 DAD AC P<br><br><br>ORDER |

　　　　On March 10, 2023, defendants filed a motion for summary judgment.  ECF No. 43. Briefing on the motion was briefly stayed after defendants reported that plaintiff had been hospitalized.  ECF No. 48.  After plaintiff notified the court that he had returned to the prison, briefing on the motion resumed and plaintiff was granted forty-five days to file a response.  ECF No. 52.  Forty-five days have now passed, and plaintiff has not filed a response to the motion or sought additional time for doing so.

　　　　Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days of the service of this order, plaintiff shall file and serve an opposition to the motion for summary judgment or a statement of non-opposition.  Failure to comply with this order will result in a

///

///

///

1

1  recommendation that this action be dismissed for failure to prosecute pursuant to Federal Rule of
2  Civil Procedure 41(b).
3  DATED:  September 11, 2023.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE