UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISITAN GUZMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>D. JONES, et al.,<br><br>        Defendants. | No.  2:20-cv-1936 DAD AC P<br><br>FINDINGS AND RECOMMENDATIONS |

       Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On March 10, 2023, defendants filed a motion for summary judgment.  ECF No. 43.  Briefing on the motion was briefly stayed after defendants reported that plaintiff had been hospitalized.  ECF No. 48.  After plaintiff notified the court that he had returned to the prison, briefing on the motion resumed and plaintiff was granted forty-five days to file a response.  ECF No. 52.  After plaintiff failed to respond within forty-five days, he was given an additional twenty-one days to file an opposition to the motion.  ECF No. 54.  In the same order, plaintiff was informed that failure to file an opposition would result in a recommendation that this action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  Id.  The twenty-one-day period has now expired, and plaintiff has not filed an opposition or otherwise responded to the court's order.  Defendants have filed a reply stating that they inquired into plaintiff's status, and learned that he has been housed in general population since

July 7, 2023, and there are no apparent issues that would have prevented him from meeting his legal deadlines. ECF No. 55 at 2, 4.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be filed and served within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: October 20, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE