UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN GUZMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. JONES, et al.,<br><br>　　　　Defendants. | No. 2:20-cv-1936 DAD AC P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By findings and recommendations filed October 23, 2023, the undersigned recommended that this action be dismissed for failure to prosecute after plaintiff failed to respond to defendants' motion for summary judgment. ECF No. 56. Plaintiff has now filed objections in which he requests an extension of time based upon recent issues with his health. ECF No. 57. It is not clear whether he is seeking additional time to respond to defendants' motion for summary judgment or to file more comprehensive objections to the findings and recommendations. Defendants have responded and stated that they do not object to plaintiff receiving an extension of time to file objections. ECF No. 58.

　　　　To the extent plaintiff is seeking an extension of time to file more comprehensive objections to the findings and recommendations, the motion will be granted. However, plaintiff fails to establish grounds to withdraw the findings and recommendations and extend the time for

filing an opposition to defendants' motion for summary judgment. Defendants' motion was filed on March 10, 2023 (ECF No. 43), and briefing was stayed after defendants reported that plaintiff had been hospitalized (ECF No. 48). Briefing resumed on July 10, 2023, after plaintiff reported that he had returned to the prison from the hospital. ECF No. 52. At that time, plaintiff was given forty-five days to file his opposition. Id. When plaintiff failed to file a response, he was given an additional twenty-one days to file an opposition (ECF No. 54), and when he once again failed to do so, it was recommended that this action be dismissed[1] (ECF No. 56).

Plaintiff's claim that he has been in pain since mid-August, incapacitated since the beginning or September, and was hospitalized from October 16, 2023, through October 26, 2023, does not explain his failure to file a response or request an extension of time during the original forty-five days he was granted, which expired prior to his alleged incapacitation. Nor does plaintiff provide sufficient information to show that he was unable to, at a minimum, request an extension of time—either on his own or with assistance—after he became incapacitated and after receiving the order granting him an additional twenty-one days to respond and warning him that failure to respond would result in a recommendation of dismissal.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 57) is GRANTED to the extent plaintiff will be given additional time to file objections to the October 23, 2023 findings and recommendations and is otherwise DENIED; and

2. Plaintiff is granted thirty days from the service of this order to file his objections.

DATED: November 29, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] In recommending dismissal, the undersigned noted that defendants reported that plaintiff had been housed in the general population since July 7, 2023. ECF No. 56 at 1-2 (citing ECF No. 55 at 2, 4).

2