UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN GUZMAN,<br><br>            Plaintiff,<br><br>    v.<br><br>D. JONES, et al.,<br><br>            Defendants. | No.  2:20-cv-01936-DAD-AC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION DUE TO PLAINTIFF'S FAILURE TO PROSECUTE THIS ACTION<br><br>(Doc. Nos. 43, 56) |

Plaintiff Christian Guzman is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 10, 2023, defendants filed a motion for summary judgment.  (Doc. No. 43.) Briefing on defendants' motion was stayed after defendants reported that plaintiff had been hospitalized.  (Doc. No. 48.)  After the court was notified by plaintiff that he had been released from the hospital and returned to the prison, briefing on the motion resumed and plaintiff was granted an additional forty-five days to file a response to defendants' motion for summary judgment.  (Doc. No. 52.)  On September 12, 2023, after plaintiff failed to file any opposition to the motion within the time provided, the court granted him an additional twenty-one days to do so but warned that his failure to file an opposition to the motion for summary judgment would result

1

in a recommendation that this action be dismissed without prejudice due to his failure to prosecute. (Doc. No. 54.)

Nonetheless, plaintiff failed to file an opposition to defendant's motion following the September 12, 2023 order. Accordingly, on October 23, 2023, the magistrate judge issued findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to prosecute. (Doc. No. 56.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 2.) On November 20, 2023, plaintiff filed a motion for an extension of time to file his objections. (Doc. No. 57.) On November 30, 2023, the magistrate judge granted the motion for an extension of time and ordered that plaintiff file any objections to the pending findings and recommendations within thirty days of that order. (Doc. No. 59.) Nonetheless, despite the granting of an extension of time to do so, no objections to the findings and recommendations have been filed and the time in which to do so has now long since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on October 23, 2023 (Doc. No. 56) are adopted in full;
2. This action is dismissed, without prejudice, due to plaintiff's failure to prosecute this action;
3. Defendants' motion for summary judgment (Doc. No. 43) is denied as having been rendered moot by this order; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **January 23, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2